# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **LOUIS JOSEPH GEORGE** <br> **LA. DOC #189103** | **CIVIL ACTION NO. 6:17-CV-01614** |
| **VS.** | **JUDGE ROBERT G. JAMES** |
| **DARREL VANNOY** | **MAGISTRATE JUDGE PATRICK J. HANNA** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the petition for habeas corpus be **DENIED AND DISMISSED WITH PREJUDICE** as time-barred by the provisions of 28 U.S.C. §2244(d).

**MONROE, LOUISIANA, this 5th day of April, 2018.**

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE